# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GONZALES LARA,<br><br>Petitioner,<br><br>v.<br><br>CHARLES CALLAHAN, Warden,<br><br>Respondent. | Case No. ED CV 17-01286 AG (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Amended Report and Recommendation. The Court has further engaged in a *de novo* review of those portions of the Amended Report and Recommendation issued on September 5, 2018, to which Petitioner has objected. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: November 30, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE