# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GONZALES LARA,<br><br>Petitioner,<br><br>v.<br><br>CHARLES CALLAHAN, Warden,<br><br>Respondent. | Case No. ED CV 17-01286 AG (RAO)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: November 30, 2018

———————————————
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE